**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

EDWIN FRANCZAK,                    )
                                   )
            Plaintiff,             )
                                   )        NO.  CV-11-295-CI
      vs.                          )
                                   )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,                 )        **CIVIL CASE**
Commissioner of Social Security,   )
                                   )
            Defendant.             )
                                   )
_____   )

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 6th day of July, 2012.

JAMES R. LARSEN
District Court Executive/Clerk


By: *s/Renea Ferrante*_____
                Deputy Clerk

cc: all counsel